1  QUIN DENVIR, Bar #49374
   Federal Defender
2

3
   JEFFREY L. STANIELS, Bar #91413
4  Assistant Federal Defender
   Designated Counsel for Service
5  801 I Street, 3rd Floor
   Sacramento, California 95814
6  Telephone: (916) 498-5700

7

8  Attorney for Defendant
   JULIAN RAY GARCIA
9

10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14
   UNITED STATES OF AMERICA,        ) No. 2:04-CR-011-GEB
15                                  )
              Plaintiff,            )
16                                  ) MOTION FOR SUBSTITUTION OF
        v.                          ) COUNSEL; PROPOSED ORDER
17                                  )
   JULIAN RAY GARCIA,               )
18                                  ) Date:  April 22, 2005
              Defendant.            ) Time:  9:00 a.m.
19                                  ) Judge: Hon. Garland E. Burrell, Jr.
                                    )
20 _____)

21

22      Assistant Federal Defender Jeffrey L. Staniels, counsel of

23 record for JULIAN RAY GARCIA, hereby moves for an order relieving the

24 Office of the Federal Defender as counsel and substituting Bruce Locke,

25 Esq. as appointed counsel under the Criminal Justice Act.

26 / / / /

27 / / / /

28 / / / /

[FILED APR 25 2005, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA]

1  This motion is necessitated by the discovery of a conflict of
2  interest which precludes further representation of Mr. Garcia by the
3  Office of the Federal Defender.
4  Dated: April 20, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JULIAN RAY GARCIA

I am prepared to accept an appointment by the court to represent the defendant.

/s/ Bruce Locke
Bruce Locke
SBN 177787

I accept the substitution of Mr. Locke as my attorney.

/s/ Julian Garcia
JULIAN RAY GARCIA

O R D E R

IT IS SO ORDERED.

By the Court

Date: April 22, 2005

/s/ Garland E. Burrell, Jr.
Hon. Garland E. Burrell, Jr.
United States District Judge