McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN RAY GARCIA,<br><br>　　　　　Defendant. | CASE NO. CR. S-05-011 GEB<br><br>**STIPULATION CONTINUING<br>STATUS CONFERENCE; ORDER**<br><br>: |

　　　　It is hereby stipulated between the parties that the status conference presently scheduled for June 3, 2005, be continued to June 24, 2005, at 9:00 a.m.  The reason for the requested continuance is that defense counsel needs time for his client to consider a plea offer recently received from the government.  Additionally, government counsel is unavailable on June 3, 2005 (personal-medical) and will be out of town (business/vacation) on June 10th and June 17th.  It is also requested that the time period from June 3, 2005, to and including June 24, 2005, be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(iv) (reasonable time to prepare and continuity of counsel) and that the Court find that the ends of justice served by the continuance

//
//
//
//
//

1

outweigh the best interests of the public and the defendant in a speedy trial.  Defense counsel has given government counsel oral authority to sign this stipulation on his behalf.

Dated: June 2, 2005

          McGREGOR W. SCOTT
          U.S. Attorney

        by    /s/
          RICHARD J. BENDER
          Assistant U.S. Attorney

Dated:  June 2, 2005

            /s/
          BRUCE LOCKE

It is so ORDERED,

Dated:  June 2, 2005

         /s/ Garland E. Burrell, Jr.
         GARLAND E. BURRELL, JR.
         United States District Judge