1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,       )   CASE NO. CR.S-05-011 GEB
                                   )
10              Plaintiff,         )
                                   )   **STIPULATION CONTINUING TRIAL**
11        v.                       )   **AND TRIAL CONFIRMATION**
                                   )   **HEARING, AND SETTING STATUS**
12 JULIAN RAY GARCIA,              )   **CONFERENCE; ORDER (proposed)**
                                   )
13              Defendant.         )
                                   )
14                                     :

15       At present, the trial in this case is scheduled to commence on November 8, 2005, and the trial

16 confirmation hearing ("TCH") scheduled for October 14, 2005.  The parties have made an apparent

17 break- through in plea negotiations and it appears that the case is going to settle.  Before that happens,

18 additional work must be accomplished (e.g., additional investigation, drafting of plea agreement,

19 going over the plea agreement with the defendant and preparing the defendant for his entry of plea),

20 which will take some time.  It is therefore requested that the November 8th trial date and the October

21 14th TCH date be vacated and the case set for a status conference/change of plea on November 4,

22 2005, at 9:00 a.m.   It is also requested that the time period between today's date and November 4th

23 be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(iv)

24 (time necessary for effective preparation, taking into account the exercise of due diligence).

25 //

26 //

27 //

28 //

Defense counsel joins in this request and has given government counsel permission to sign this document on his behalf.

Dated: October 12, 2005

McGREGOR W. SCOTT
U.S. Attorney

by      /s/
RICHARD J. BENDER
Assistant U.S. Attorney

Dated: October 12, 2005

/s/
BRUCE LOCKE
Attorney for Julian Ray Garcia

**ORDER**

It is so ORDERED.

DATED:  October 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge