BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JULIAN RAY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JULIAN RAY GARCIA,<br><br>            Defendant. | No.  CR S-05-011 GEB<br><br>STIPULATION AND ORDER CONTINUING THE DATE OF THE STATUS CONFERENCE FROM NOVEMBER 4, 2005 TO NOVEMBER 18, 2005 AT 9:00 A.M. |

   The defendant, by and through his attorney and the United States by and through its attorney hereby stipulate and agree to continue the date of the status conference from November 4, 2005 to November 18, 2005. The case has been resolved and Mr. Garcia will be entering a guilty plea on that date. The additional time is needed because undersigned defense counsel has a bail review hearing in state court on November 4, 2005 and cannot be present for a change of plea on November 4, 2005. Additionally, defense counsel needs the additional time to review the plea agreement with the defendant. The parties agree that the time from November 4, 2005 to November 18, 2005 should

///
///
///
///
///
///
///

1

be excluded from the speedy trial calculation pursuant to Local Code T-4 for defense preparation and for continuity of counsel.  Mr Bender has authorized Bruce Locke to sign this pleading for him.

                                                                                          /S/
                                                BRUCE LOCKE
                                                Attorney for Defendant


                                                /S/ - BRUCE LOCKE
                                                RICHARD BENDER
                                                Attorney for the United States



     IT IS SO ORDERED.

DATED:   November 7, 2005

                                              /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge