UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 14, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIAN RAY GARCIA,

Defendant.

Case No. 2:05-cr-00011-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIAN RAY GARCIA , Case No. 2:05-cr-00011-GEB ,from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Released under the conditions of supervised release previously imposed.

Issued at Sacramento, California on December 14, 2017 at  2:43 pm

By: _____
Magistrate Judge Carolyn K. Delaney